**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

Peter Reeves,

    *Plaintiff*,

v.

                                          **Case No. 3:23-cv-333-TSL-MTP**

Sam Dobbins, *et al*.

    *Defendants*.

## NOTICE OF APPEAL

NOTICE is hereby given that above-captioned Plaintiff files this appeal to the United States Court of Appeals for the Fifth Circuit from the September 24, 2024 Memorandum Opinion and Order granting Defendants' Motions for Summary Judgment and Judgment Dismissing the Complaint Without Prejudice. (ECF Nos. 298, 299).

DATED: October 24, 2024

                                          Respectfully submitted,

                                          BELLINDER LAW FIRM
                                          /s/ Thomas Bellinder
                                          Thomas J. Bellinder
                                          Mississippi Bar ID 103115
                                          Aaron Xiwei Wi
                                          Mississippi Bar ID 105231
                                          200 E. Government Street
                                          Brandon, MS 39042

                                          NATIONAL POLICE ACCOUNTABILITY
                                          PROJECT
                                          /s/ Lauren Bonds
                                          Lauren Bonds*
                                          Keisha James*
                                          Eliana Machefsky*
                                          1403 Southwest Boulevard
                                          Kansas City, Kansas 66103

JULIAN
/s/ Jill Collen Jefferson
Jill Collen Jefferson*
1015 15th St NW
Suite 1000
Washington, DC 20005

* *Admitted pro hac vice*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of Plaintiff Peter Reeves' *Notice of Appeal* has been electronically filed with the Clerk of Court using the CM/ECF system. Notice and a copy of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

Date: October 24, 2024

                                    /s/ Lauren Bonds
                                    Lauren Bonds